**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 21-03287-JFW**                          Date:  September 23, 2021

Title:        In Re Debtor Peter Brown Kleidman

**PRESENT:**
       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                          **None Present**
   **Courtroom Deputy**                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                       None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: DISMISSAL FOR**
                                      **LACK OF PROSECUTION**


        Appellant is ordered to show cause, in writing, no later than **October 7, 2021**, why this action should not be dismissed for lack of prosecution.

        No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause may result in the dismissal of this action.

        IT IS SO ORDERED.


Initials of Deputy Clerk __sr__