Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 2:21-cv-03287-JFW |
| PETER BROWN KLEIDMAN, | BK Case No.: 1:12-bk-11243-MB |
| | Adv. Case No.: 1:17-ap-01007-MB |
| Debtor. | |
| PETER KLEIDMAN, | **JUDGMENT AFFIRMING BANKRUPTCY COURT JUDGMENT** |
| Appellant, | |
| vs. | |
| HILTON & HYLAND; JOSHUA ALTMAN; MATTHEW ALTMAN, | |
| Appellees. | |

For the reasons stated in the Court's "Order Affirming Bankruptcy Court's August 21, 2020 Judgment, March 31, 2021 Order Denying Motion to Reconsider Summary Judgment in Favor of Defendants, and April 5, 2021 Amended Judgment" filed January 21, 2022 (Docket No. 41), the Bankruptcy Court's August 21, 2020 Judgment, March 31, 2021 Order Denying Motion to Reconsider Summary Judgment in Favor of Defendants, and April 5, 2021 Amended Judgment are **AFFIRMED**, and this appeal is dismissed with prejudice.

Dated: June 10, 2022

_____
Hon. John F. Walter
United States District Judge

CC: Bankruptcy Court